ACCEPTED
05-13-01015-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/31/2014 1:20:48 PM
LISA MATZ
CLERK

## 05-13-01015-CV

**IN THE
FIFTH COURT OF APPEALS
AT DALLAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/31/2014 1:20:48 PM
LISA MATZ
Clerk

**MONTEREY MUSHROOMS, INC.
d/b/a MONTEREY MUSHROOMS, and
CAPROCK CLAIMS MANAGEMENT, LLC
Appellants,**

**vs.**

**MAJESTIC REALTY CO. and
McLANE FOODSERVICE, INC.
Appellees**

**Appealed from the
192nd Judicial District Court
Dallas County, Texas**

## MOTION FOR EXTENSION OF TIME FOR FILING A MOTION FOR REHEARING OR EN BANC RECONSIDERATION

Appellants Monterey Mushrooms, Inc. d/b/a Monterey Mushrooms, and Caprock Claims Management, LLC ("Appellants"), pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, file the following Motion for Extension of Time for filing their Motion for Rehearing or En Banc Reconsideration, and would show:

1.     On December 4, 2014, the Fifth Court of Appeals filed and entered its decision (the "December 4 Decision"), affirming the trial court's summary judgment against Appellants. Under the Texas Rules of Appellate Procedure (the "Rules"), the Appellants' deadline for filing a motion for rehearing or en banc reconsideration would have been 15 days later, on December 19, 2014. *See* TEX. R. APP. P. 49.1, 49.7.   However, the Court may extend Appellants' deadline if a motion for extension of time is filed no later than 15 days after December 19, 2014; i.e., on or before January 3, 2015. *See* TEX. R. APP. P. 49.8.

2.     In the 2 weeks following the Court's December 4 Decision, Appellants' counsel was involved and directly participated in several hearings, depositions, mediations and other proceedings, each of which required him to travel a full day or more to Denver, Colorado, as well as El Paso, Austin and Houston, Texas. In combination with his travel and work schedule, Appellants' counsel has also been suffering from a lingering bronchial infection, from which he is only now in the final stages of recovery. As a result of these intervening matters, Appellants' counsel was not able to comply with the 15-day deadline outlined in Rules 49.1 and 49.7.   However, Appellants strongly wish to seek reconsideration and/or en banc review of the December 4 Decision, and respectfully request this Court to allow them additional time to do so.

3.      This request for extension of time to file Appellants' Motion for Rehearing or En Banc Reconsideration is made in good faith and not for the purpose of delay only, but so that justice may be done. No previous extensions have been granted with regard to this request.

4.      Appellants respectfully request no later than **ten (10) days** from the date of this Motion in which to file their Motion for Rehearing or En Banc Reconsideration; i.e., on or before January 18, 2015.

5.      Appellants' counsel attempted to confer with counsel for both Appellees by email and telephone, regarding the substance of this Motion. Counsel for Appellee, Majestic Realty Co., responded by email that he could not "agree without approval from my client and she's out for the holidays"; counsel for Appellee, McLane Foodservice, Inc., could not be reached as of the time this Motion was filed.

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully request the Court of Appeals to grant their Motion for Extension of Time, permit Appellants to file their Motion for Rehearing or En Banc Reconsideration on or before January 18, 2015, and for all such other and further relief to which Appellants may be justly entitled.

Respectfully submitted,

By: /s/ Paul M. Hood

    Paul M. Hood
    State Bar No. 09943440
    PAUL M. HOOD, P.C.
    1717 Main Street
    Suite 5500, LB# 49
    Dallas, Texas 75201-7398
    (214) 373-3214 phone
    (214) 373-0843 fax
    pmhood@pmhlaw.com
    **ATTORNEYS FOR APPELLANTS,**
    **MONTEREY MUSHROOMS, INC.**
    **d/b/a MONTEREY MUSHROOMS**
    **and CAPROCK CLAIMS**
    **MANAGEMENT, LLC**

## **CERTIFICATE OF CONFERENCE**

On December 31, 2014, counsel for Appellants attempted to confer via telephone conference and email with counsel for Appellees regarding the substance of this Motion. On the same day, counsel for Appellee, Majestic Realty Co., responded by email that he could not "agree without approval from my client and she's out for the holidays"; counsel for Appellee, McLane Foodservice, Inc., could not be reached as of the time this Motion was filed.

        /s/ Paul M. Hood
        Paul M. Hood

## CERTIFICATE OF SERVICE

I certify that on December 31, 2014, a copy of the foregoing instrument was served on all counsel of record via electronic service, pursuant to the Texas Rules of Civil and Appellate Procedure.

/s/ Paul M. Hood<br>
Paul M. Hood